UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Physicians Healthsource, Inc.,
      Plaintiff,

v.                                                  Case No. 3:14-cv-405 (SRU)

Boehringer Ingelheim Pharmaceuticals,
Inc., Medica, Inc., and Boehringer
Ingelheim Corporation
      Defendants.

## J U D G M E N T

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendants' motions to dismiss.

The Court has reviewed all of the papers filed in conjunction with the motion and on January 12, 2015, entered an Order granting the motions.

Therefore, it is ORDERED, ADJUDGED and DECREED that that judgment shall enter in favor of the defendants and the case is hereby closed.

Dated at Bridgeport, Connecticut, this 9th day of February, 2015.

                                            ROBIN D. TABORA, Clerk

                                            By: /s/ Rochelle Jaiman
                                                  Rochelle Jaiman
                                                  Deputy Clerk

Entered on Docket: 2/9/2015